TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF DALY CITY, DALY CITY POLICE OFFICER KAREN DOUGLAS (erroneously sued herein as KAREN DOUGLASS), DALY CITY POLICE OFFICER IRA PEREZ (erroneously sued herein as IAN PEREZ), AND DALY CITY POLICE SERGEANT SHEIKH HUSSAIN (sued herein as SGT. HUSSAIN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| RUSSELL JAMERSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DALY CITY, et al.<br><br>　　　　Defendant. | Case No. 16-cv-07335-LB (JCS)<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41 (a) (1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff RUSSELL JAMERSON against Defendants CITY OF DALY CITY, DALY CITY POLICE OFFICER KAREN DOUGLAS, DALY CITY POLICE OFFICER IRA PEREZ, and DALY CITY SEGEANT SHEIKH HUSSAIN

/ / /

---

STIPULATION RE DISMISSAL; Case No. 16-cv-07335-LB (JCS)　　　　1

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

and all others is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

                        HOWARD ROME MARTIN & RIDLEY LLP

Date: July 11, 2017                By: /s/ Todd H. Master
                                          Todd H. Master
                                          Attorneys for Defendants
                                          CITY OF DALY CITY, DALY CITY POLICE OFFICER KAREN DOUGLAS (erroneously sued herein as KAREN DOUGLASS), DALY CITY POLICE OFFICER IRA PEREZ (erroneously sued herein as IAN PEREZ), AND DALY CITY POLICE SERGEANT SHEIKH HUSSAIN (sued herein as SGT. HUSSAIN)

Date: July 11, 2017                By /s/ Stanley Goff
                                          Stanley Goff
                                          Attorneys for Plaintiff
                                          RUSSELL JAMERSON

**ORDER**

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: July 12, 2017

Honorable LAUREL BEELER
United States Magistrate Judge